# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN ALLEN RODGERS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 16-cv-575-JGP-CJP |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Benjamin Allen Rodgers and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** 6/27/2017

                **JUSTINE FLANAGAN,**
                **Acting Clerk of Court**

                **BY:** *s/Tina Gray*
                    **Deputy Clerk**

**Approved:**

*S/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**